RECEIVED
MAR 30 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **FREDRICK ICKES #562961** | **DOCKET NO. 10-CV-1034; SEC. P** |
| **VERSUS** | **JUDGE DEE D. DRELL** |
| **WARDEN WILKINSON, ET AL.** | **MAGISTRATE JUDGE JAMES D. KIRK** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of FRCP Rule 41(b).

THUS DONE AND SIGNED at Alexandria, Louisiana, this 24 day of March, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE